IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **Jeannette Fricke,** | Case No. 4:21-cv-00057 |
| Plaintiff, | |
| v. | |
| | **Defendants' Notice of Removal** |
| **DLL Finance LLC and Martina Schubert,** | |
| Defendants. | |

Defendants DLL Finance LLC (**"DLL"**) and Martina Schubert (individually **"Schubert"** and collectively with DLL the **"Defendants"**) hereby remove this action filed by Plaintiff Jeannette Fricke (**"Plaintiff"**) from the Iowa District Court for Polk County, Case No. LACL149252, to the United States District Court for the Southern District of Iowa, Central Division, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446. In support of this Notice of Removal, Defendants aver as follows:

**Procedural History and Plaintiff's Allegations**

1. On or about November 25, 2020, Plaintiff Jeannette Fricke ("Plaintiff") instituted an action against Defendants by filing a Petition with the Iowa District Court for Polk County asserting causes of action for:

   a. Count I – Hostile Work Environment/Harassment;

   b. Count II – Failure to Train;

   c. Count III – Failure to Promote;

   d. Count IV – Disability/FMLA Retaliation; and

   e. Count V – Hostile Work Environment Resulting in Constructive Discharge.

A true and accurate copy of the Petition is attached as **Exhibit "A."**

2. On or about February 1, 2021, Defendants were served with a copy of the Petition.

3. There have been no further proceedings in the Iowa District Court for Polk County in this action.

4. All counts in the Petition arise out of allegations by Plaintiff constituting the same case or controversy related to Plaintiff's employment with DLL, Plaintiff's interactions with Schubert (who was Plaintiff's supervisor at DLL), and Plaintiff's voluntary resignation from DLL. *See generally* Ex. A.

### Grounds for Removal

5. A civil action filed in a state court may be removed to federal court if the claim is one "arising under" federal law. 28 U.S.C. §§ 1331, 1441(a).

6. A case can be removed to federal court when the Plaintiff affirmatively alleges a federal claim on the face of the petition. *Beneficial Nat'l Bank v. Anderson*, 539 U.S. 1, 6, 123 S.Ct. 2058, 156 L.Ed.2d 1 (2003).

7. Count IV of Plaintiff's Petition affirmatively alleges a federal claim under the federal Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq*. (**"FMLA"**).

8. While Count IV of the Petition is titled "DISABILITY/FMLA RETALIATION – IOWA CIVIL RIGHTS ACT," there is no provision of the Iowa Civil Rights Act that includes a provision relating to FMLA.

9. Likewise, paragraph 102 of Count IV of the Petition alleges, "[t]he defendants in this case treated Plaintiff differently in the terms and conditions of her employment based on her use of time off approved by the Family Medical Care Act." However, there is no act in Iowa called the Family Medical Care Act. This reference must have been intended to be to the Family

and Medical Leave Act as paragraph 11 of the Petition provides, "Plaintiff applied for and was granted Family and Medical Leave Act in January 2019."

10. Accordingly, Count IV of the Petition alleges a federal claim under the FMLA.

11. Counts I, II, III and V allege causes of action arising out of the same case or controversy as alleged in Count IV as all of the Counts of the Petition pertain to Plaintiff's employment with DLL, Plaintiff's interactions with Schubert, and Plaintiff's voluntary resignation from DLL. *See* 28 U.S.C. § 1367.

12. Plaintiff's allegations regarding her FMLA leave that form the basis for her request for relief in Count IV are also relied upon in the other Counts of the Petition. *See* Ex. A. at ¶¶ 81, 88, 96, 97, 113 and 114.

13. Removal to this Court is proper under 28 U.S.C. §§ 1331 and 1367 because this Court has original federal question jurisdiction over Count IV and supplemental subject matter jurisdiction of all other claims in the Petition as they arise out of the same case or controversy.

**The Procedural Requirements for Removal Have Been Satisfied**

14. The Defendants have the power to remove this matter as proper parties to the action.

15. All properly joined and served Defendants have consented to removal.

16. Pursuant to 28 U.S.C. § 1446(b) and *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999), Defendants have timely removed this action because this Notice of Removal is filed within 30 days after Defendants' receipt of service of the initial pleading setting forth the claims for relief upon which the action is based.

17. This Notice of Removal is being filed in the United States District Court for the Southern District of Iowa, Central Division, the district and division within which the state court action is pending, as required by 28 U.S.C. §§ 1446(a) and 1441(a).

18. Based upon Plaintiff's location in Polk County, and Plaintiff having filed her Petition in the Iowa District Court for Polk County, the United States District Court for the Southern District of Iowa is the appropriate venue for this case.

19. After filing this Notice of Removal, Defendants will promptly serve written notice of this Notice of Removal on Plaintiff's counsel and file the same with the Clerk of the Iowa District Court for Polk County in accordance with 28 U.S.C. § 1446(d).

20. A true and correct copy of the current docket in the Iowa District Court for Polk County, which no shows no further filings other than the Petition, is attached hereto as **Exhibit "B."**

21. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

### **Non-Waiver of Defenses**

22. By removing this action from the Iowa District Court for Polk County, Defendants do not waive any defenses available to them.

23. By removing this action from the Iowa District Court for Polk County, Defendants do not admit any of the allegations in Plaintiff's Petition.

WHEREFORE, Defendants DLL Finance LLC and Martina Schubert remove the above-captioned action from the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa.

| | |
|---|---|
| Dated:  February 22, 2021. | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | |
| | /s/ Susan P. Elgin |
| | Susan P. Elgin |
| |   *susan.elgin@faegredrinker.com* |
| | 801 Grand Avenue, 33rd Floor |
| | Des Moines, Iowa 50309-8003 |
| | Telephone: (515) 248-9000 |
| | Facsimile: (515) 248-9010 |
| | |
| | **ATTORNEY FOR DEFENDANTS** |

### Certificate of Service

The undersigned certifies that a true copy of **Defendants' Notice of Removal** was served upon the following parties through the court's CM/ECF electronic filing system on February 22, 2021.

/s/ Katie Miller

Copy to:

Bruce H. Stoltze, Jr.
  *bj.stoltze@stoltzelaw.com*

*Attorney for Plaintiff*