IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

| | |
|---|---|
| JEANNETTE FRICKE,<br><br>    Plaintiff,<br><br>v.<br><br>DLL FINANCE LLC and MARTINA SCHUBERT,<br><br>    Defendants. | Civil No. 4:21-CV-00057-RP-SBJ<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW the Plaintiff, Jeannette Fricke, and the Defendants DLL Finance, LLC, and Martina Schubert, by and through their respective counsels of record, and hereby stipulate and agree to the dismissal of the above-captioned matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: May 12, 2021

                                Respectfully Submitted,

By:    */s/ Bruce H. Stoltze, Jr.*
          Bruce H. Stoltze, Jr. (AT0010694)
          Stoltze & Stoltze, P.L.C.
          300 Walnut, Ste. 260
          Des Moines, Iowa  50309
          Telephone:  (515) 244-1473
          Facsimile:  (515) 244-3930
          E-mail:  bj.stoltze@stoltzelaw.com
          ATTORNEY FOR PLAINTIFF

          */s/Michael B. Dubin*
          Michael B. Dubin
          Semanoff Ormsby Greenberg & Torchia
          2617 Huntington Pike
          Huntingdon Valley, PA  19006
          Telephone:  (215) 887-0200

Facsimile: (215) 887-5356
E-mail: mdubin@sogtlaw.com

*/s/Susan P. Elgin*
Susan P. Elgin
Faegre Drinker Biddle & Reath, LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: (515) 248-3000
Facsimile: (515) 248-9010
E-mail: susan.elgin@faegredrinker.com

ATTORNEYS FOR DEFENDANTS

**ORIGINAL FILED VIA CM/ECF**

**CERTIFICATE OF SERVICE:**

**THE ORIGINAL** of the foregoing was mailed and/or emailed this 2nd day of March 2021 to the following:

Megan Merritt
Mark Hudson
Shuttleworth & Ingersoll PLC
500 US Bank Bldg., PO Box 2107
Cedar Rapids, IA 52406
Telephone: 319-365-9461
Facsimile: 319-365-8564
E-mail: mph@shuttleworthlaw.com
          mrm@shuttleworthlaw.com
ATTORNEYS FOR DEFENDANTS